PS 8D
(05/08)

October 12, 2016

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** MENDOZA, PAULETTE (English)          **Dkt No.:** 15CR1811BEN-001

**Reg. No.:** 50224-298

**Name of Judicial Officer:** The Honorable Roger T. Benitez, U.S. District Judge

**Date Conditions Ordered:** June 29, 2015, before the Honorable Nita L. Stormes, U.S. Magistrate

**Charged Offense:** Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C. Secs 952 and 960 - Importation of Methamphetamine (Felony)

**Conditions of Release:** Restrict travel to the Southern and Central Districts of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or a combination of both; clear all warrants/FTAs and pay all fines within 60 days of release, and reside at a residence approved by Pretrial Services.

**Modification:** On October, 2016, your Honor ordered the defendant to report to Pretrial Services to provde a drug test.

**Date Released on Bond:** August 10, 2015

**Next Court Hearing:** Surrender date set for December 2, 2016

**Asst. U.S. Atty.:**  Brandon James Kimura          **Defense Counsel:**  Guadalupe Rodriguez (Appointed)
                               (619) 546-9614                                                        (619) 241-2105

**Prior Violation History:** None

On October 7, 2016, the defendant appeared before your Honor and she was sentenced to 46 months custody and three years supervised release with a surrender date of December 2, 2016. Your Honor ordered the defendant to report to Pretrial Services forthwith and submit to drug testing.

PS 8D
(05/08)

**Name of Defendant:** MENDOZA, PAULETTE                                          October 12, 2016
**Docket No.:** 15CR1811BEN-001                                                                                Page 2

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|---|
| **(Standard/Special Condition)**<br>Not possess or use any narcotic controlled substance, (defined in 21 U.S.C. 802), without a lawful medical prescription. | 1. | On October 7, 2016, the defendant submitted a urine sample which screened positive for the use of amphetamines. |

### *Grounds for Revocation:*

On October 7, 2016, the defendant reported to our office as instructed by your Honor to provide a urine specimen.  On her fourth attempt, she was able to provide a urine specimen which screened positive for amphetamine use.

Ms. Mendoza was informed of the test results and she indicated she did not know what she had used. Initially, Ms. Mendoza reported she believed the test would be "dirty" for marijuana use.

### SUPERVISION ADJUSTMENT

The defendant has been on bond since August 15, 2016, and was in compliance with her conditions of release.

### RECOMMENDATION/JUSTIFICATION

As requested by your Honor, we are notifying the Court of the positive drug screen with a request to issue a no bail warrant for her arrest and order her to show cause why her bond should not be revoked.

PS 8D
(05/08)

**Name of Defendant:** MENDOZA, PAULETTE                          October 12, 2016
**Docket No.:** 15CR1811BEN-001                                              Page 3

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 10/12/2016

Respectfully submitted:                              Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____            _____
Irene Pflaum                                          Charlene Delgado
U.S. Pretrial Services Officer                Supervising U.S. Pretrial Services Officer
(619) 557-6056
Place: San Diego, California

**THE COURT ORDERS:**

____✓____   **AGREE**, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST
AND ORDER HER TO SHOW CAUSE WHY HER BOND SHOULD NOT BE
REVOKED.

_____   Other _____

_____

_____

The Honorable Roger T. Benitez                          10/12/2016
U.S. District Judge                                                    Date