FILED

2016 OCT 24  PM 2:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____ py

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JUDGE ROGER T. BENITEZ**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PAULETTE FELIX MENDOZA (1),<br><br>  Defendant. | Criminal No. 15 CR 1811-BEN-1<br><br>ORDER TO CLOSE INTEREST BERARING ACCOUNTAND DISBURSE FUNDS<br><br>Sentencing Date: October 7, 2016<br>Time: 9:00 a.m.<br><br>Bond Exonerated: October 20, 2016 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk of the Court to close the interest bearing account and release the $5,000.00 cash collateral, plus any interest accrued, from the interest bearing account in the above-entitled case. The funds shall be released to George William Felix at 4030 Porte La Paz Court, Unit #96, San Diego, CA 92122.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

**IT IS SO ORDERED.**

Dated: 10-24-16

**MAGISTRATE NITA L. STORMES**

ORDER EXONERATING BOND AND DISBURSING FUNDS
1
15 CR 1811-BEN-1